FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2019 FEB 28 PM 12: 57
STEPHAN HARRIS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Holli Lundahl

Plaintiff(s)

vs.

Vishal Garg in his personal and official capacities, Better Mortgage Corporation, Bob Barker

Defendant(s)

Case Number: 19-cv-42-J

## ORDER ON REMOVAL

On February 27, 2019, a notice of removal of the above-entitled action was filed with the Clerk of the United States District Court, District of Wyoming. It is, therefore,

ORDERED that pursuant to Rule 81.1 of the local rules of this Court, the removing party shall immediately file with the clerk of the district court, a copy of the notice of removal. The clerk of the district court is hereby advised that jurisdiction over the parties and subject matter of the above-entitled action is deemed removed from the district court to the United States District Court for the District of Wyoming upon the filing of the notice of removal with the clerk of the district court. It is

FURTHER ORDERED that in the event a hearing is pending in district court when the notice of removal is filed with the clerk of the district court, the removing party shall immediately notify the district court judge of the removal of this action. It is

FINALLY ORDERED that the removing party shall file with the Clerk of this Court copies of all records and proceedings, together with a copy of the state court docket sheet in the district court, within ten (10) days after receipt of this Order.

Dated this 27th day of February, 2019.

　　　　　　　　　　　　　　　　　　　Alan B. Johnson
　　　　　　　　　　　　　　　　　　　United States District Judge