Patrick J. Crank
Abbigail C. Forwood
CRANK LEGAL GROUP, P.C.
1815 Evans Ave.
Cheyenne, WY 82001
(307) 634-2994
Fax: (307) 635-7155
pat@cranklegalgroup.com
abbi@cranklegalgroup.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

```
------------------------------------------------ x
HOLLI LUNDAHL,                                    :
                    Plaintiff,                    :
                                                  :
              - against -                         :
                                                  :   19 Civ. 42 ( J )
VISHAL GARG in his personal and official          :
capacities, BETTER MORTGAGE CORPORATION           :
and BOB BARKER,                                   :
                                                  :
                    Defendants.                   :
------------------------------------------------ x
```

## DEFENDANT'S FILING WITH THE COURT ALL PROCEEDINGS FROM STATE DISTRICT COURT

COMES NOW, Patrick J. Crank, of Crank Legal Group, P.C., on behalf of Vishal Garg and Better Mortgage Corporation, ("Defendants"), and file the following in accordance with the Order on Removal dated February 28, 2019:

A.     Niobrara County District Court Docket Sheet;

B.     Civil Cover Sheet;

C.     Verified Complaint;

D.     Appendix list of Exhibits Referred to in Complaint and Exhibits;

E.  Summons – Better Mortgage Corp., Att: Vishal Garg CEO;

F.  Summons – Vishal Garg (CEO of Better Inc.).

DATED this 5ᵗ day of March, 2019.

CRANK LEGAL GROUP, P.C.

By: _____
Patrick J. Crank
Abbigail C. Forwood
1815 Evans Avenue
Cheyenne, WY 82001
Telephone: (307) 634-2994

pat@cranklegalgroup.com
abbi@cranklegalgroup.com

*Attorneys for Defendants Better Mortgage and Garg*

## CERTIFICATE OF SERVICE

This is to certify that on the 5ᵗ day of March, 2019, a true and correct copy of the foregoing was served upon Plaintiff as follows:

Holli Lundahl
Box 344
Lusk, WY 82225
hollilundahl@gmail.com

[ X ] U.S. Mail
[ X ] Email
[   ] Fax
[   ] Hand Delivered

By: _____
Patrick J. Crank

2