Patrick J. Crank
Abbigail C. Forwood
CRANK LEGAL GROUP, P.C.
1815 Evans Ave.
Cheyenne, WY 82001
(307) 634-2994
Fax: (307) 635-7155
pat@cranklegalgroup.com
abbi@cranklegalgroup.com

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

------------------------------------------------------------------ x

HOLLI LUNDAHL,

        Plaintiff,

        - against -

VISHAL GARG in his personal and official capacities, BETTER MORTGAGE CORPORATION and BOB BARKER,

        Defendants.

------------------------------------------------------------------ x

19 Civ. 42 ( J )

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), defendant Better Mortgage Corporation hereby discloses the following:

1. Its parent organization is Better Holdco, Inc.

2. No publicly held corporation owns more than 10% of its stock.

DATED this 6th day of March, 2019.

1

CRANK LEGAL GROUP, P.C.

By: _____
Patrick J. Crank
Abbigail C. Forwood
1815 Evans Avenue
Cheyenne, WY 82001
Telephone: (307) 634-2994

pat@cranklegalgroup.com
abbi@cranklegalgroup.com

*Attorneys for Defendants Better Mortgage and Garg*

## CERTIFICATE OF SERVICE

This is to certify that on the 6th day of March, 2019, a true and correct copy of the foregoing was served upon Plaintiff as follows:

Holli Lundahl　　　　　　　　　　　　[ X ] U.S. Mail
Box 344　　　　　　　　　　　　　　　[ X ] Email
Lusk, WY 82225　　　　　　　　　　　[   ] Fax
hollilundahl@gmail.com　　　　　　　[   ] Hand Delivered

By: _____
Patrick J. Crank

2