UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING
------------------------------------------------------------ x
HOLLIE LUNDAHL,

           Plaintiff,

      - against -

VISHAL GARG in his personal and official
capacities, BETTER MORTGAGE CORPORATION
and BOB BARKER,

           Defendants.
------------------------------------------------------------ x

19 Civ. 42 (J)

## DECLARATION OF SARA SIDDIQ

    I, Sara Siddiq, make this declaration pursuant to 28 U.S.C. § 1746 and declare that the following is true and correct based on my personal knowledge:

    1.    I am employed by Better Mortgage Corporation ("Better Mortgage') in the legal department; my title is Product Liaison and Program Manager.

    2.    Better Mortgage is a California corporation with a principal place of business at 250 Greenwich Street, 36th Floor, New York, NY 10006. It also maintains offices in California and India.

    3.    Vishal Garg is the Chief Executive Officer of Better Mortgage. He resides in New York and works at Better Mortgage's New York headquarters, where I also work.

    4.    Better Mortgage does not maintain in-person offices for its customers; instead, it transacts business with mortgage applicants entirely through its online portal, over email and other digital channels, and via the telephone.

    5.    Among my responsibilities is monitoring Better Mortgage's licensing status in each of the 50 U.S. states.

6.     Better Mortgage is currently licensed to originate home mortgages in 35 states; in the remaining states, Better Mortgage has applied for a mortgage origination license but its application has not yet been granted.

7.     Better Mortgage is not currently licensed in the state of Wyoming. As of today, Better Mortgage's application for a mortgage origination license in the state of Wyoming remains pending.

8.     Better Mortgage does not issue mortgages in any state in which it does not have a license to do so.

9.     Better Mortgage engages in nationwide advertising but does not purchase ads targeting states in which it is not licensed.

10.    Attached hereto as Exhibit A is a true and correct screenshot of better.com, the website for Better Mortgage, showing the company's response to a request for a mortgage for a property address in Wyoming. The response states, "We're expanding, but we haven't reached Wyoming yet."

11.    In January 2019, Better Mortgage processed a mortgage application for Hollie Lundahl, for a property located in South Dakota. Ultimately, Better Mortgage declined to issue the mortgage.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       March 6, 2019

_____
Sara Siddiq

2