

Holli Lundahl
  c/o
Marti Lundahl
PO Box 344
Lusk, WY 82225

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING, CHEYENNE DIVISION

|  |  |
|---|---|
| HOLLI  LUNDAHL | : |
| Plaintiff | : |
| v. | : |
| VISHAL GARG in his personal and official capacities, BETTER MORTGAGE  CORPORATION and BOB BARKER | : |

# 19 Civ. 42 ( J)

**NOTICE  OF  VOLUNTARY DISMISSAL   WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(i)**

COMES NOW Plaintiff  and moves for dismissal of this action without prejudice pursuant FRCP rule 41(a)(1)(A)(i).   While not required, the reasons for this voluntary dismissal  without prejudice are:

(1)   This action was deliberately transferred to federal judge Alan Johnson who is prohibited  from sitting on any case involving Plaintiff;

(2)   Better Mortgage reports that she is not licensed to originate mortgages in Wyoming and does not  do so;  hence general jurisdiction would be lacking in this action.  Plaintiff was not aware that BETTER MORTGAGE did not have general contacts with this state in her online digital  lending business and which was the basis for Plaintiff acquiring personal jurisdiction over BETTER MORTGAGE.

(3)   It is true that  Plaintiffs claims against Better Mortgage are based upon four allegations: 1) Better Mortgage "discriminated against Plaintiff as a protected disabled

person," Complaint ¶ 28, based in part upon its alleged refusal to acknowledge Plaintiff's third-party down payment assistance grants, *see id* ¶ 16, 2) Better Mortgage refused to honor Plaintiff's locked in "points fee" to extort Plaintiff of more money coming into closing the transaction; (3) BETTER kept assessing high closing fees irrespective that all pre-paids and other escrow fees had already been paid in Plaintiff's pending escrow and Plaintiff only owed title and closing fees of $1367 to close the transaction completely; and (4) BETTER declined to process Plaintiff's loan transaction because Plaintiff had insufficient cash coming into closing the escrow AFTER BETTER refused to process Plaintiff's FHLB grant as part of Plaintiff's purchase.

(4) Contrary to BETTER's claims, Plaintiff has alleged that GARG, the CEO of Better Mortgage, received numerous emails from Plaintiff complaining about BETTER's illegal and predatory lending processes and GARG did nothing to correct his company's illegal actions.

(5) Every month that BETTER fails to close the transaction as promised by the emailed communications between Plaintiff and BETTER, constitutes ongoing wire fraud. Presently the wire fraud activity is too short to state a RICO claim against BETTER.

(6) Although BETTER denies that Plaintiff can sue BETTER for not processing her grants, attached hereto as exhibit "1" is FANNIE MAE's regulations requiring the processing of grants.

Dated: March 19, 2019 _____

Holli Lundahl

P O Box 344
Lusk WY 82225

U.S. POSTAGE PAID
FCM LETTER
LUSK, WY
82225
MAR 20, 19
AMOUNT
**$0.55**
R2304Y122775-01

82001

1000

UNITED STATES
POSTAL SERVICE ®

United States District

5120 CapitalAve
Rm 2131
Cheyenney WY 82001

82001365558 C015